IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTE E. BERKOWITZ, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:09-CV-2394-TCB |
| JENNIFER BENNETT, | ) |
| Defendant. | ) |

### ORDER

Before the Court is a motion to withdraw as counsel for Plaintiff filed by Gerald L. Seyle [14]. Counsel has complied with the requirements of Local Rule 83.1 and the motion to withdraw is hereby GRANTED. The Plaintiff will continue to be represented by Clifford H. Hardwick.

IT IS SO ORDERED this 1st day of February, 2010.

Timothy C. Batten, Sr.
United States District Judge