IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 19 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| MARTE E. BERKOWITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:09-cv-2394-TCB |
| JENNIFER BENNETT, ) | |
| ) | |
| Defendant. ) | |

## **VERDICT**

1. Do you find in favor of the Plaintiff and against the Defendant?

    Answer:   Yes ___ or No ✓

2. If your answer was Yes, what amount of damages should be awarded?

    $ __N/A__

This _19_ day of April, 2011.

_____
**Jury Foreperson**
JEFFREY MAGEE